UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA           CASE NO. 26-cr-00045-01

VERSUS                             JUDGE TERRY A. DOUGHTY

MARVIN MORRIS (01)                 MAGISTRATE JUDGE HORNSBY

## O R D E R

The Report and Recommendation of the Magistrate Judge [Doc. No. 36] having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offenses charged in Count One and Count Two of the Indictment.

THUS DONE AND SIGNED in Monroe, Louisiana, this 30th day of April, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE